## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ALEX KIMBLE                                                                                     PLAINTIFF

v.                                          3:15CV00336-JTK

STEVE WRIGHT, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of August, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE